# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| **Ronald Wayne Lee,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00181-MR |
| | ) | 1:03-cr-00027-MR |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 19, 2018 Order.

November 19, 2018

*Frank G. John*

Frank G. Johns, Clerk
United States District Court